JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of University of California, Irvine Medical Center,<br><br>Plaintiff,<br><br>vs.<br><br>BEACON HEALTH OPTIONS, INC., a for-profit corporation, and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No. 8:19-cv-01296 AB(ADSx)<br><br>(Honorable André Birotte, Jr. )<br><br>**JUDGMENT IN FAVOR OF DEFENDANT BEACON HEALTH OPTIONS, INC.**<br><br>Crtrm.:  7B-First Street Courthouse<br><br>Fact Discovery C/O:     July 10, 2020<br>Expert Discovery C/O: Sept. 18, 2020<br>Motion Hearing C/O:   Aug. 14, 2020<br>Pretrial Status Conf.:   Oct. 30, 2020<br>Trial Date:                    Nov. 17, 2020<br><br>Complaint filed:            May 23, 2019 |

The Motion of Defendant Beacon Health Options, Inc. ("Beacon") for Summary Judgment or, in the Alternative, Partial Summary Judgment against Plaintiff The Regents of the University of California, a public trust corporation, on behalf of University of California, Irvine Medical Center ("UC Irvine"), came on regularly for hearing before this Court on August 28, 2020, the Honorable André Birotte, Jr. presiding. Appearances of counsel were noted in the record.

After having fully considered the moving, opposition and reply papers, arguments of counsel and all other matters and evidence presented to the Court, and

HINSHAW & CULBERTSON LLP
350 South Grand Avenue
36th Floor
Los Angeles, CA 90071
213-680-2800

1021753\306596124.v2

after the Court's decision being rendered (Dkt# 73),

**IT IS SO ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Beacon and against UC Irvine and that UC Irvine take nothing by way of its Complaint on file herein.  Beacon is also entitled to recover its costs pursuant to Federal Rule of Civil Procedure, Rule 54(d)(1), Local Rule 54-3 of the U.S. District Court for the Central District of California, and 28 U.S.C. § 1920 upon a timely application to the Court.

DATED: October 07, 2020

André Birotte, Jr.
United States District Court Judge

HINSHAW & CULBERTSON LLP
350 South Grand Avenue
36th Floor
Los Angeles, CA 90071
213-680-2800

3

1021753\306596124.v2